448

BRUNSMAN, CRAIN & KENNEY, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-659—

ANDREWS UNIVERSITY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed March 31, 1975.*

JAMES D. THOMPSON, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-560—

BISMARK HOTEL, Claimant, *vs.* STATE OF ILLINOIS, GOVERNOR'S OFFICE, Respondent.

*Opinion filed March 31, 1975.*

BISMARK HOTEL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.